STATE OF CONNECTICUT *v.* ROBERT L. WILLIS

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 678, is granted, limited to the following issues:

"1. Did the Appellate Court correctly conclude that the trial court properly admitted the state's evidence regarding the physical effects of crack cocaine?

"2. If the answer to the first question is no, did the trial court properly deny the defendant's motion for a mistrial?

"3. If the answer to the first question is no, did the trial court properly deny the defendant's motion to strike the testimony regarding the physical effects of crack cocaine?"

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided September 19, 1991

ANTHONY LOZADA *v.* WARDEN, STATE PRISON

The respondent's petition for certification for appeal from the Appellate Court, 24 Conn. App. 723, is granted, limited to the following issue:

"Was the Appellate Court correct in concluding that the petitioner was entitled to seek a writ of habeas corpus on the ground that his attorney in his prior habeas corpus proceeding rendered ineffective assistance of counsel?"

*James M. Ralls,* assistant state's attorney, in support of the petition.

Decided September 19, 1991